IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARLTON GENE JOYNER,**

    *Plaintiff*,

v.                                     Case No.: 4:23cv40-MW/MJF

**RICKY D. DIXON, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections, ECF No. 23.

Plaintiff argues that he did not affirmatively "lie" or "try to trick the Court" by failing to disclose his litigation history—instead, he did not have access to his legal records while in close management and could not disclose all of his previous history. *See* ECF No. 23 at 1–2. This does not help his case. In Plaintiff's original complaint, he claimed that he had not filed *any* cases in state or federal court related to the conditions of his confinement. ECF No. 1 at 24–25. In Plaintiff's first amended complaint, he disclosed four previous lawsuits from state and federal court that he did not disclose earlier. ECF 21 at 11–12. As the Magistrate Judge noted, Plaintiff's first amended complaint still neglected to disclose all of his previous cases, or *even*

*indicate that he was unsure if he had more cases pending.* On this record, Plaintiff's claim that he did not have all of his legal files available when he filed his first amended complaint does not excuse his affirmative misrepresentation of his litigation history. Dismissal Plaintiff's case without prejudice under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) for maliciousness and abuse of the judicial process is merited here.

Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 22, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion.

2. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process."

3. The Clerk shall close the file.

**SO ORDERED on July 20, 2023.**

s/Mark E. Walker_____<br>
**Chief United States District Judge**